UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LISA LEE SHILOH, :
    Plaintiff : CIVIL ACTION NO. 4:12-CV-1086
:
: (Judge Jones)
v. :
: (Magistrate Judge Mehalchick)
JOHN DOES, et al., :
    Defendant :
:

## ORDER

**AND NOW,** this 4th day of September, 2013, it is hereby **ORDERED** that:

1. Plaintiff's Motion for an Extension of Time (Doc. 47) to identify the John Doe Defendants is **GRANTED**. Plaintiff is directed to provide the Court with the names of her John Doe Defendants within sixty (60) days of the date of this Order. Failure to do so may result in a recommendation that Plaintiff's Doe Defendants be dismissed under Fed. R. Civ. P. 21 and Iqbal. Plaintiff is directed to advise the Court of the names of her John Doe Defendants within fourteen (14) days after she receives the information regarding the identity of her John Doe Defendants.

2. Plaintiff's Motions to Compel (Doc. 47, Doc. 52) are **DENIED**.

Date: September 4, 2013

/s/ *Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**