## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LEE SHILOH,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>JOHN DOES, et al.,<br><br>　　　　　Defendants | CIVIL ACTION NO. 4:12-CV-01086<br><br>(JONES, J.)<br>(MEHALCHICK, M.J.) |

### **ORDER**

AND NOW, this 28th day of January, 2014, **IT IS HEREBY ORDERED THAT**:

1. The Court will **DENY** Plaintiff's motion to amend/correct. (Doc. 62).

2. The Clerk of Court is directed to issue process to the United States Marshal, who shall serve Plaintiff's Amended Complaint (Doc. 19) upon Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure in order for Defendants to respond to Plaintiff's claims.

3. The Clerk of Court is further directed to provide Plaintiff and Defendants with a form Notice and Consent to the Jurisdiction of a Magistrate Judge.

4. The Defendants are requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to Defendants.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

**Dated:** January 28, 2014　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**